UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTOYA A. JONES,<br><br>           Petitioner,<br><br>    v.<br><br>RANDY L. TEWS,<br><br>           Respondent. | NO. CV 13-7176-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 26, 2015                    _____
                                            CORMAC J. CARNEY
                                            United States District Judge